[No. 11684–3–I.   Division One.   July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD PAUL EMERY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00954–5, Liem E. Tuai, J., entered April 12, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.

[No. 11010–1–I.   Division One.   July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS DWAYNE ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02680–6, Frank L. Sullivan, J., entered November 24, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.

[No. 11576–6–I.   Division One.   July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE JOHN BASSETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00019–8, Frank J. Eberharter, J., entered April 6, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Callow, J.